# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
DOUBLE DOWN VENTURES, LLC § Case No. 10-43110
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-43110 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | DOUBLE DOWN VENTURES, LLC | | | Date Filed (f) or Converted (c): | 09/27/10 (f) |
| | | | | 341(a) Meeting Date: | 12/02/10 |
| For Period Ending: | 12/31/13 | | | Claims Bar Date: | 11/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2001 Harrison, 4601 Lincoln, 3605 Adams, Gary, IN | 209,500.00 | 72,035.68 | | 35,102.25 | FA |
| 2. 3791 Polk, Gary, IN 46408 | 57,000.00 | 3,685.00 | | 0.00 | FA |
| 3. 4001 Van Buren, 1920 Harrison, 3601 Jackson, Gary, | 171,500.00 | 39,695.22 | | 35,102.25 | FA |
| 4. 4819 Adams, Gary, IN 46408 | 76,500.00 | 29,025.15 | | 11,700.75 | FA |
| 5. 3701 Monroe, Gary, IN 46408 | 65,500.00 | 65,500.00 | | 11,700.75 | FA |
| 6. 568 Taft, Gary, IN 46404 | 70,000.00 | 70,000.00 | | 15,407.00 | FA |
| 7. North Community Bank Acct # 1207002906 | 2,711.71 | 2,711.71 | | 29,519.37 | FA |
| 8. Chase Bank Checking Acct #722467701 | 999.19 | 999.19 | | 7,524.55 | FA |
| 9. Chase Bank Savings Acct #2740029026 | 150.24 | 150.24 | | 11,850.99 | FA |
| 10. Chase Bank Checking Acct #2906007287 | 250.85 | 250.85 | | 250.93 | FA |
| 11. First Midwest Bank Acct #8100305880 | 80.19 | 80.19 | | 0.00 | FA |
| 12. Potential Counterclaims in Wealth Delivered, LLC v | 0.00 | 0.00 | | 0.00 | FA |
| 13. Potential Counterclaims in Wealth Delivered, LLC v | 0.00 | 0.00 | | 0.00 | FA |
| 14. Carpet Cleaner | 60.00 | 60.00 | | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 3.04 | FA |
| 16. taft street rent payments | 0.00 | 0.00 | | 2,790.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $654,252.18 | $284,193.23 | | $160,951.88 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE sold

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                   Ver: 17.04c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-43110   JBS   Judge: JACK B. SCHMETTERER | Trustee Name:  ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | DOUBLE DOWN VENTURES, LLC | Date Filed (f) or Converted (c):  09/27/10 (f) |
| | | 341(a) Meeting Date:  12/02/10 |
| | | Claims Bar Date:  11/25/11 |

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 10-43110 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | DOUBLE DOWN VENTURES, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7829 Checking Account |
| Taxpayer ID No: | *******6013 | | |
| For Period Ending: | 12/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 27,960.32 | | 27,960.32 |
| 10/02/12 | | Fidelity National Title Company, LLC<br>3139 Lincoln Ave #228<br>Chicago IL 60657 | RCPTS - LIQUID. OF REAL PROPERTY | | 11,110.00 | | 39,070.32 |
| | | | Memo Amount: ( 4,297.00 )<br>Less Clsoing cost and Lake County T | 2500-000 | | | |
| | 6 | | Memo Amount: 15,407.00 | 1110-000 | | | |
| 10/02/12 | | Fidelity National Title Company, LLC<br>3139 Lincoln Ave #228<br>Chicago IL 60657 | RCPTS - LIQUID. OF REAL PROPERTY | | 6,966.66 | | 46,036.98 |
| | 4 | | Memo Amount: 11,700.75 | 1110-000 | | | |
| | | | Memo Amount: ( 4,734.09 )<br>Less County tax proration | 2500-000 | | | |
| 10/02/12 | | Fidelity National Title Company, LLC<br>3139 Lincoln Ave #228<br>Chicago IL 60657 | RCPTS - LIQUID. OF REAL PROPERTY | | 9,030.21 | | 55,067.19 |
| | 3 | | Memo Amount: 11,700.75 | 1110-000 | | | |
| | | | Memo Amount: ( 2,670.54 )<br>Less Lake County Proration | 2500-000 | | | |
| 10/02/12 | | Fidelity National Title Company, LLC<br>3139 Lincoln Ave #228<br>Chicago IL 60657 | RCPTS - LIQUID. OF REAL PROPERTY | | 6,025.34 | | 61,092.53 |
| | 3 | | Memo Amount: 11,700.75 | 1110-000 | | | |
| | | | Memo Amount: ( 5,675.41 )<br>less Lake County Tax proration | 2500-000 | | | |
| 10/02/12 | | Fidelity National Title Company, LLC<br>3139 Lincoln Ave #228<br>Chicago IL 60657 | RCPTS - LIQUID. OF REAL PROPERTY | | 9,307.50 | | 70,400.03 |

Page Subtotals 70,400.03 0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*
LFORM24

Ver: 17.04c

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-43110 -JBS |
| Case Name: | DOUBLE DOWN VENTURES, LLC |
| Taxpayer ID No: | *******6013 |
| For Period Ending: | 12/31/13 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7829 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 1 | | Memo Amount: 11,700.75 | 1110-000 | | | |
| | | | Memo Amount: ( 2,393.25 ) | 2500-000 | | | |
| | | | Less Lake County tax proration | | | | |
| 10/02/12 | | Fidelity National Title Company, LLC | RCPTS - LIQUID. OF REAL PROPERTY | | 7,502.41 | | 77,902.44 |
| | | 3139 Lincoln Ave #228 | | | | | |
| | | Chicago IL 60657 | | | | | |
| | 1 | | Memo Amount: 11,700.75 | 1110-000 | | | |
| | | | Memo Amount: ( 4,198.34 ) | 2500-000 | | | |
| | | | Less Lake County Tax Proration | | | | |
| 10/02/12 | | Fidelity National Title Company, LLC | RCPTS - LIQUID. OF REAL PROPERTY | | 6,290.47 | | 84,192.91 |
| | | 3139 Lincoln Ave #228 | | | | | |
| | | Chicago IL 60657 | | | | | |
| | 3 | | Memo Amount: 11,700.75 | 1110-000 | | | |
| | | | Memo Amount: ( 5,410.28 ) | 2500-000 | | | |
| | | | Less Lake County Tax Proration | | | | |
| 10/05/12 | 010001 | First Midwest Bank | RCPTS - LIQUID. OF REAL PROPERTY | 4110-000 | | 39,388.64 | 44,804.27 |
| | | c/o David L. Kane | | | | | |
| | | Meltzer, Purtill & Stelle, LLC | | | | | |
| | | 300 S. Wacker Drive - suite 3500 | | | | | |
| | | Chicago, IL 60606 | | | | | |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.24 | 44,787.03 |
| 10/18/12 | 010002 | CARL E. MELLEN & CO. | annual insurance premium | 2690-000 | | 1,813.58 | 42,973.45 |
| | | 601 GREENWOOD AVENUE | | | | | |
| | | WAUKEGAN, IL 60087 | | | | | |
| 10/19/12 | | Fidelity National Title Company, LLC | Recording Reimbursement | | 188.00 | | 43,161.45 |
| | 5 | | Memo Amount: 11,700.75 | 1110-000 | | | |
| | | | Memo Amount: ( 11,512.75 ) | 2500-000 | | | |
| | | | property was in negative | | | | |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.68 | 43,127.77 |
| | | | Page Subtotals | | 13,980.88 | 41,253.14 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 17.04c

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-43110 -JBS | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | DOUBLE DOWN VENTURES, LLC | Bank Name: ASSOCIATED BANK |
| | | Account Number / CD #: *******7829 Checking Account |
| Taxpayer ID No: | *******6013 | |
| For Period Ending: | 12/31/13 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/07/12 | | Carl E. Mellen & Co.<br>Premium Fund Trust Account<br>Waukegan, IL 60087 | RCPTS - LIQUID. OF PERSONAL PROP.<br>Check originally deposited on 10/30/12 | | 1,247.43 | | 44,375.20 |
| | 9 | | Memo Amount:  11,700.75 | 1110-000 | | | |
| | | | Memo Amount: (  10,453.32 ) | 2500-000 | | | |
| | | | Less Closing Cost and Tax proration | | | | |
| 11/07/12 | | FIDELITY NATIONAL TITLE COMPANY, LLC<br>3139 Lincoln Ave #228<br>Chicago, IL 60657 | RCPTS - LIQUID. OF REAL PROPERTY<br>Check originally deposited 10/30/12 | | 5,477.32 | | 49,852.52 |
| | 1 | | Memo Amount:  11,700.75 | 1110-000 | | | |
| | | | Memo Amount: (  6,223.43 ) | 2500-000 | | | |
| | | | Less Cost and Tax Proration | | | | |
| 11/08/12 | 010003 | FIRST MIDWEST BANK<br>c/o David L. Kane<br>Meltzer, Purtill & Stelle LLC<br>300 S. Wacker Drive, Suite 3500<br>Chicago, IL 60606-6704 | RE Sale | 4110-000 | | 5,477.32 | 44,375.20 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.60 | 44,346.60 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.25 | 44,318.35 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.88 | 44,252.47 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.43 | 44,193.04 |
| 03/22/13 | 010004 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 36.87 | 44,156.17 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.70 | 44,090.47 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.43 | 44,027.04 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.46 | 43,961.58 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.25 | 43,898.33 |

Page Subtotals  6,724.75  5,954.19

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 17.04c

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-43110 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DOUBLE DOWN VENTURES, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7829 Checking Account |
| Taxpayer ID No: | *******6013 | | |
| For Period Ending: | 12/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.27 | 43,833.06 |
| 09/03/13 | 010005 | POPOWCER KATTEN, LTD | FINAL COMPENSATION | 3420-000 | | 4,191.00 | 39,642.06 |
| | | 35 EAST WACKER DRIVE | Period May 31, 2013 through June 11, 2013 | | | | |
| | | SUITE 1550 | | | | | |
| | | CHICAGO, IL 60601-2124 | | | | | |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.17 | 39,576.89 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.36 | 39,517.53 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.75 | 39,458.78 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.77 | 39,402.01 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 120,713.75 | COLUMN TOTALS | | 91,105.66 | 51,703.65 | 39,402.01 |
| | Memo Allocation Disbursements: | 57,568.41 | Less: Bank Transfers/CD's | | 27,960.32 | 0.00 | |
| | | | Subtotal | | 63,145.34 | 51,703.65 | |
| | Memo Allocation Net: | 63,145.34 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 63,145.34 | 51,703.65 | |

Page Subtotals  0.00  4,496.32

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-43110 -JBS | |
| Case Name: | DOUBLE DOWN VENTURES, LLC | |
| Taxpayer ID No: | *******6013 | |
| For Period Ending: | 12/31/13 | |

| | | |
|---|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Bank Name: | Bank of America, N.A. | |
| Account Number / CD #: | *******4940  Money Market - Interest Bearing | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 08/16/11 | 16 | Marcus Hunter<br>568 taft Street<br>Gary, IN 46404 | rent | 1122-000 | 900.00 | | 900.00 |
| * | 08/16/11 | | Marcus Hunter | Deposit | 1122-003 | 900.00 | | 1,800.00 |
| * | 08/16/11 | | Marcus Hunter | Reversal<br>wrong amount entered | 1122-003 | -900.00 | | 900.00 |
| | 08/16/11 | 7 | Double Down Ventures, LLC | Deposit | 1129-000 | 29,519.37 | | 30,419.37 |
| | 08/16/11 | 8, 9, 10 | double down ventures, LLC | Deposit | 1129-000 | 7,925.72 | | 38,345.09 |
| | 08/16/11 | 16 | Marcus Hunter | rent | 1122-000 | 990.00 | | 39,335.09 |
| | 08/31/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 39,335.23 |
| * | 09/23/11 | 000101 | Bank of America | Payment of Back taxes<br>taxes for 568 Taft. St., Gary, IN | 2420-003 | | 3,559.32 | 35,775.91 |
| * | 09/23/11 | 000101 | Bank of America | Payment of Back taxes | 2420-003 | | -3,559.32 | 39,335.23 |
| | 09/23/11 | 000102 | Lake County Treasurer<br>2293 N. Main Street<br>Crown Point, IN 46307 | Cashier's Check for pmt of back tax | 2420-000 | | 3,559.32 | 35,775.91 |
| | 09/30/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 35,776.23 |
| | 10/04/11 | 000103 | Carl E. Mellen & Co. Insurance<br>601 Greenwood Ave<br>Waukegan, IL 60087 | Business package Ins. policy<br>term 9/1/11 to 9/1/12 | 2990-000 | | 8,291.70 | 27,484.53 |
| | 10/17/11 | 000104 | FedEx<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | Disbursement<br>Shipping Costs | 2990-000 | | 17.90 | 27,466.63 |
| | 10/31/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 27,466.88 |
| | 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 37.05 | 27,429.83 |
| | 11/30/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 | | 27,430.06 |
| | 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 33.82 | 27,396.24 |
| | 12/13/11 | 16 | Marcus Hunter | rent | 1122-000 | 900.00 | | 28,296.24 |

Page Subtotals 40,236.03 11,939.79

UST Form 101-7-TFR (5/1/2011) (Page: 9)

Ver: 17.04c

LFORM24

FORM 2

Page: 6
Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-43110 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DOUBLE DOWN VENTURES, LLC | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4940 Money Market - Interest Bearing |
| Taxpayer ID No: | *******6013 | | |
| For Period Ending: | 12/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 568 Taft St. Gary, IN 46404 | | | | | |
| 12/30/11 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 | | 28,296.47 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 34.33 | 28,262.14 |
| 01/31/12 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 28,262.39 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 37.07 | 28,225.32 |
| 02/29/12 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 28,225.54 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 33.55 | 28,191.99 |
| 03/26/12 | 000105 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 23.58 | 28,168.41 |
| 03/30/12 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 | | 28,168.64 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 34.66 | 28,133.98 |
| 04/30/12 | 15 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.24 | | 28,134.22 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 35.75 | 28,098.47 |
| 05/31/12 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 28,098.71 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 35.70 | 28,063.01 |
| 06/29/12 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 28,063.23 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 33.35 | 28,029.88 |
| 07/31/12 | 15 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 28,030.13 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 36.76 | 27,993.37 |
| 08/30/12 | 15 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.22 | | 27,993.59 |
| 08/30/12 | | Bank of America, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 33.27 | 27,960.32 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 27,960.32 | 0.00 |
| | | | Page Subtotals | | 2.10 | 28,298.34 | |

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 10)*   Ver: 17.04c

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-43110 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DOUBLE DOWN VENTURES, LLC | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4940  Money Market - Interest Bearing |
| Taxpayer ID No: | *******6013 | | | |
| For Period Ending: | 12/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 40,238.13 | 40,238.13 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 27,960.32 | |
| | | | | Subtotal | | 40,238.13 | 12,277.81 | |
| | | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | | Net | | 40,238.13 | 12,277.81 | |
| | | | | | | | NET | ACCOUNT |
| | | Total Allocation Receipts: | 120,713.75 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Total Allocation Disbursements: | 57,568.41 | Checking Account - ********7829 | | 63,145.34 | 51,703.65 | 39,402.01 |
| | | | | Money Market - Interest Bearing - ********4940 | | 40,238.13 | 12,277.81 | 0.00 |
| | | Total Memo Allocation Net: | 63,145.34 | | | ------------ | ------------ | ------------ |
| | | | | | | 103,383.47 | 63,981.46 | 39,402.01 |
| | | | | | | ============ | ============ | ============ |
| | | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 24, 2014 |

Case Number:  10-43110  
Debtor Name:  DOUBLE DOWN VENTURES, LLC   Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $61,819.22 | $0.00 | $61,819.22 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $36.87 | $36.87 | $0.00 |
| 000001<br>070<br>7100-00 | First Midwest Bank<br>c/o David L. Kane<br>Meltzer, Purtill & Stelle, LLC<br>300 S. Wacker Drive - suite 3500<br>Chicago, IL 60606 | Unsecured | | $330,137.12 | $0.00 | $330,137.12 |
| 000002<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $4,006.02 | $0.00 | $4,006.02 |
| 000003A | Wealth Delivered LLC<br>3501 N. Southport<br>#128<br>Chicago, IL 60657 | Secured | | $50,000.00 | $0.00 | $50,000.00 |
| | Case Totals: | | | $445,999.23 | $36.87 | $445,962.36 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-43110
Case Name: DOUBLE DOWN VENTURES, LLC
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | First Midwest Bank | $ | $ | $ |
| 000002 | American Express Bank, FSB | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE