# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DOUBLE DOWN VENTURES, LLC | § | Case No. 10-43110 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    CLERK OF THE U.S. BANKR. CT
    219 S. DEARBORN STREET
    7TH FLOOR
    CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/27/2014 in Courtroom 682,

    United States Courthouse
    219 South Dearborn Street
    Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/20/2014            By: /s/ Andrew J. Maxwell
                                                Trustee


*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
DOUBLE DOWN VENTURES, LLC § Case No. 10-43110
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 160,951.88 |
| and approved disbursements of | $ 121,549.87 |
| leaving a balance on hand of[1] | $ 39,402.01 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 11,297.59 | $ 0.00 | $ 11,297.59 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 61,774.00 | $ 0.00 | $ 28,083.86 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 45.22 | $ 0.00 | $ 20.56 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 36.87 | $ 36.87 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 39,402.01 |
| Remaining Balance | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 334,143.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | First Midwest Bank | $ 330,137.12 | $ 0.00 | $ 0.00 |
| 000002 | American Express Bank, FSB | $ 4,006.02 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-43110-JBS
Double Down Ventures, LLC                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: corrinal         Page 1 of 2         Date Rcvd: Jan 27, 2014
                    Form ID: pdf006       Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2014.
```
db         +Double Down Ventures, LLC,    3501 N. Southport,    #433,    Chicago, IL 60657-1435
aty        +The law offices of Maxwell Law Group LLC,    105 West Adams Ste 3200,    Chicago, IL 60603-6209
16189764   +Advanced Basement Solutions Inc.,    4801 US Hwy 52 West,    West Lafayette, IN 47906-9299
16189765   +American Express,    c/o Becket and Lee LLP,    PO BOX 3001,    Malvern, PA 19355-0701
18028715    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16189766   +Chase Bank Bankruptcy Dept.,    PO Box 15298,    Wilmington, DE 19850-5298
16189767   +First Midwest Bancorp, Inc.,    One Pierce Place, Suite 1500,    Itasca, IL 60143-1254
16398795   +First Midwest Bank,    Jordan M. Litwin,    Meltzer, Purtill & Stelle, LLC,
             300 S. Wacker Drive, Suite 3500,    Chicago, lL 60606-6704
16189768   +HSBC Bankruptcy Dept.,    PO Box 2013,    Buffalo, NY 14240-2013
16189769   +Lake County Treasurer,    11 East 4th Street,    Gary, IN 46402-1332
16189770    Nicholas P Wolff IRA,    c/o Equity Trust Company,    FBO Nicholas P Wolff IRA,    Elyria, OH 44035
16189771   +P&F Investments,    3554 W. 78th Ave.,    Merrillville, IN 46410-5002
16189774   +Resident,    4001 Van Buren,    Gary, IN 46408-2521
16189778   +Resident,    1920 Harrison,    Gary, IN 46407-2441
16189772   +Resident,    2001 Harrison,    Gary, IN 46407-2438
16189779   +Resident,    3601 Jackson,    Gary, IN 46408-1625
16189775   +Resident,    4601 Lincoln,    Gary, IN 46408-3850
16189780   +Resident,    3701 Monroe,    Gary, IN 46408-2227
16189776   +Resident,    3605 Adams,    Gary, IN 46408-1614
16189777   +Resident,    4819 Adams,    Gary, IN 46408-4528
16189773   +Resident,    3791 Polk,    Gary, IN 46408-2239
16189781   +Resident,    568 Taft,    Gary, IN 46404-1319
16189782   +Ryan Steele,    3501 N. Southport,    #128,    Chicago, IL 60657-1435
16189783   +Wealth Delivered LLC,    3501 N. Southport,    #128,    Chicago, IL 60657-1435
16189785   +Wealth Delivered, LLC,    4901 W Elm Street,    McHenry, IL 60050-4059
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16189784*    +Wealth Delivered LLC,    3501 N. Southport #128,    Chicago, IL 60657-1435
```
                                                                                                                                                                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2014                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2014 at the address(es) listed below:
```
              Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
               llandpotts.com;vbarad@maxwellandpotts.com
              Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
              David L Kane    on behalf of Creditor    First Midwest Bank dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              Jaclyn H. Smith    on behalf of Trustee Andrew J Maxwell, ESQ smith.jaclyn.h@gmail.com,
               preferences_ml@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
               naelipas@maxwellandpotts.com
              John F Hiltz    on behalf of Debtor    Double Down Ventures, LLC jhiltz@hwzlaw.com,
               kwantuch@hwzlaw.com,bzanzig@hwzlaw.com
              Jordan M Litwin    on behalf of Creditor    First Midwest Bank jlitwin@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com
              Kathy Wantuch    on behalf of Debtor    Double Down Ventures, LLC kwantuch@hiltzlaw.com,
               jhiltz@hiltzlaw.com;bzanzig@hwzlaw.com
```

```
District/off: 0752-1          User: corrinal              Page 2 of 2                   Date Rcvd: Jan 27, 2014
                              Form ID: pdf006             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Nicole A Elipas   on behalf of Trustee Andrew J Maxwell, ESQ naelipas@maxwellandpotts.com, maxwelllawchicago@yahoo.com;cjcapo@maxwellandpotts.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Vikram R Barad   on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com
                                                                                                                                                                    TOTAL: 11