# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
DOUBLE DOWN VENTURES, LLC           §        Case No. 10-43110
                                    §
              Debtor(s)             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____      By:/s/ANDREW J. MAXWELL, TRUSTEE _____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 Harrison, 4601 Lincoln, 3605 Adams, Gary, IN | 1110-000 | 35,102.25 |
| 4001 Van Buren, 1920 Harrison, 3601 Jackson, Gary, | 1110-000 | 35,102.25 |
| 4819 Adams, Gary, IN 46408 | 1110-000 | 11,700.75 |
| 3701 Monroe, Gary, IN 46408 | 1110-000 | 11,700.75 |
| 568 Taft, Gary, IN 46404 | 1110-000 | 15,407.00 |
| Chase Bank Savings Acct #2740029026 | 1110-000 | 11,700.75 |
| taft street rent payments | 1122-000 | 2,790.00 |
| North Community Bank Acct # 1207002906 | 1129-000 | 29,519.37 |
| Chase Bank Checking Acct #722467701 | 1129-000 | 7,524.55 |
| Chase Bank Savings Acct #2740029026 | 1129-000 | 150.24 |
| Chase Bank Checking Acct #2906007287 | 1129-000 | 250.93 |
| Post-Petition Interest Deposits | 1270-000 | 3.04 |
| **TOTAL GROSS RECEIPTS** | | $ 160,951.88 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bancorp, Inc.<br>One Pierce Place, Suite 1500<br>Itasca, IL 60143 | | | | | |
| | First Midwest Bancorp, Inc.<br>One Pierce Place, Suite 1500<br>Itasca, IL 60143 | | | | | |
| | First Midwest Bancorp, Inc.<br>One Pierce Place, Suite 1500<br>Itasca, IL 60143 | | | | | |
| | First Midwest Bancorp, Inc.<br>One Pierce Place, Suite 1500<br>Itasca, IL 60143 | | | | | |
| | FIRST MIDWEST BANK | | | | | |
| | FIRST MIDWEST BANK | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| LAKE COUNTY TREASURER | | | | | |
| Less Closing Cost and Tax proration | | | | | |
| Less Clsoing cost and Lake County T | | | | | |
| Less Cost and Tax Proration | | | | | |
| Less County tax proration | | | | | |
| Less Lake County Proration | | | | | |
| Less Lake County Tax Proration | | | | | |
| Less Lake County Tax Proration | | | | | |
| Less Lake County tax proration | | | | | |
| less Lake County Tax proration | | | | | |
| property was in negative | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| CARL E. MELLEN & CO. | | | | | |
| CARL E. MELLEN & CO. INSURANCE | | | | | |
| FEDEX | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lake County Treasurer 11 East 4th Street Gary, IN 46402 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Basement Solutions Inc. 4801 US Hwy 52 West West Lafayette, IN 47906 | | | | | |
| | American Express c/o Becket and Lee LLP PO BOX 3001 Malvern, PA 19355 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank Bankruptcy Dept. PO Box 15298 Wilmington, DE 19850 | | | | | |
| | HSBC Bankruptcy Dept. PO Box 2013 Buffalo, NY 14240 | | | | | |
| | Nicholas P Wolff IRA c/o Equity Trust Company FBO Nicholas P Wolff IRA Elyria, OH 44035 | | | | | |
| | P&F Investments 3554 W. 78th Ave. Merrillville, IN 46410 | | | | | |
| | Wealth Delivered LLC 3501 N. Southport #128 Chicago, IL 60657 | | | | | |
| | Wealth Delivered, LLC 4901 W Elm Street McHenry, IL 60050 | | | | | |
| 000002 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000001 | FIRST MIDWEST BANK | | | | | |
| 000003A | WEALTH DELIVERED LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

| Case No: | 10-43110 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |

Case Name:   DOUBLE DOWN VENTURES, LLC

Date Filed (f) or Converted (c):   09/27/10 (f)

341(a) Meeting Date:   12/02/10

For Period Ending:  03/31/14

Claims Bar Date:   11/25/11

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2001 Harrison, 4601 Lincoln, 3605 Adams, Gary, IN | 209,500.00 | 72,035.68 | | 35,102.25 | FA |
| 2. 3791 Polk, Gary, IN 46408 | 57,000.00 | 3,685.00 | | 0.00 | FA |
| 3. 4001 Van Buren, 1920 Harrison, 3601 Jackson, Gary, | 171,500.00 | 39,695.22 | | 35,102.25 | FA |
| 4. 4819 Adams, Gary, IN 46408 | 76,500.00 | 29,025.15 | | 11,700.75 | FA |
| 5. 3701 Monroe, Gary, IN 46408 | 65,500.00 | 65,500.00 | | 11,700.75 | FA |
| 6. 568 Taft, Gary, IN 46404 | 70,000.00 | 70,000.00 | | 15,407.00 | FA |
| 7. North Community Bank Acct # 1207002906 | 2,711.71 | 2,711.71 | | 29,519.37 | FA |
| 8. Chase Bank Checking Acct #722467701 | 999.19 | 999.19 | | 7,524.55 | FA |
| 9. Chase Bank Savings Acct #2740029026 | 150.24 | 150.24 | | 11,850.99 | FA |
| 10. Chase Bank Checking Acct #2906007287 | 250.85 | 250.85 | | 250.93 | FA |
| 11. First Midwest Bank Acct #8100305880 | 80.19 | 80.19 | | 0.00 | FA |
| 12. Potential Counterclaims in Wealth Delivered, LLC v | 0.00 | 0.00 | | 0.00 | FA |
| 13. Potential Counterclaims in Wealth Delivered, LLC v | 0.00 | 0.00 | | 0.00 | FA |
| 14. Carpet Cleaner | 60.00 | 60.00 | | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 3.04 | FA |
| 16. taft street rent payments | 0.00 | 0.00 | | 2,790.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $654,252.18 | $284,193.23 | | $160,951.88 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE sold

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-43110   JBS   Judge: JACK B. SCHMETTERER | |
| Case Name: | DOUBLE DOWN VENTURES, LLC | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 09/27/10 (f) |
| 341(a) Meeting Date: | 12/02/10 |
| Claims Bar Date: | 11/25/11 |

Initial Projected Date of Final Report (TFR): 12/31/13      Current Projected Date of Final Report (TFR): 12/31/13

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 17.05c

FORM 2                                                                                                    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| | |
|---|---|
| Case No: | 10-43110 -JBS |
| Case Name: | DOUBLE DOWN VENTURES, LLC |
| Taxpayer ID No: | *******6013 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7829  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 27,960.32 | | 27,960.32 |
| 10/02/12 | | Fidelity National Title Company, LLC 3139 Lincoln Ave #228 Chicago IL 60657 | RCPTS - LIQUID. OF REAL PROPERTY | | 11,110.00 | | 39,070.32 |
| | | | Memo Amount:    (    4,297.00 ) | 2500-000 | | | |
| | | | Less Clsoing cost and Lake County T | | | | |
| | 6 | | Memo Amount:        15,407.00 | 1110-000 | | | |
| 10/02/12 | | Fidelity National Title Company, LLC 3139 Lincoln Ave #228 Chicago IL 60657 | RCPTS - LIQUID. OF REAL PROPERTY | | 6,966.66 | | 46,036.98 |
| | 4 | | Memo Amount:        11,700.75 | 1110-000 | | | |
| | | | Memo Amount:    (    4,734.09 ) | 2500-000 | | | |
| | | | Less County tax proration | | | | |
| 10/02/12 | | Fidelity National Title Company, LLC 3139 Lincoln Ave #228 Chicago IL 60657 | RCPTS - LIQUID. OF REAL PROPERTY | | 9,030.21 | | 55,067.19 |
| | 3 | | Memo Amount:        11,700.75 | 1110-000 | | | |
| | | | Memo Amount:    (    2,670.54 ) | 2500-000 | | | |
| | | | Less Lake County Proration | | | | |
| 10/02/12 | | Fidelity National Title Company, LLC 3139 Lincoln Ave #228 Chicago IL 60657 | RCPTS - LIQUID. OF REAL PROPERTY | | 6,025.34 | | 61,092.53 |
| | 3 | | Memo Amount:        11,700.75 | 1110-000 | | | |
| | | | Memo Amount:    (    5,675.41 ) | 2500-000 | | | |
| | | | less Lake County Tax proration | | | | |
| 10/02/12 | | Fidelity National Title Company, LLC 3139 Lincoln Ave #228 Chicago IL 60657 | RCPTS - LIQUID. OF REAL PROPERTY | | 9,307.50 | | 70,400.03 |

|  | Page Subtotals | 70,400.03 | 0.00 |
|---|---|---|---|

Page: 2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-43110 -JBS | |
| Case Name: | DOUBLE DOWN VENTURES, LLC | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7829  Checking Account |

Taxpayer ID No:  *******6013
For Period Ending:  03/31/14

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 1 | | Memo Amount:        11,700.75 | 1110-000 | | | |
| | | | Memo Amount:    (    2,300.25 ) | 2500-000 | | | |
| | | | Less Lake County tax proration | | | | |
| 10/02/12 | | Fidelity National Title Company, LLC | RCPTS - LIQUID. OF REAL PROPERTY | | 7,502.41 | | 77,902.44 |
| | | 3139 Lincoln Ave #228 | | | | | |
| | | Chicago IL 60657 | | | | | |
| | 1 | | Memo Amount:        11,700.75 | 1110-000 | | | |
| | | | Memo Amount:    (    4,198.34 ) | 2500-000 | | | |
| | | | Less Lake County Tax Proration | | | | |
| 10/02/12 | | Fidelity National Title Company, LLC | RCPTS - LIQUID. OF REAL PROPERTY | | 6,290.47 | | 84,192.91 |
| | | 3139 Lincoln Ave #228 | | | | | |
| | | Chicago IL 60657 | | | | | |
| | 3 | | Memo Amount:        11,700.75 | 1110-000 | | | |
| | | | Memo Amount:    (    5,410.28 ) | 2500-000 | | | |
| | | | Less Lake County Tax Proration | | | | |
| 10/05/12 | 010001 | First Midwest Bank | RCPTS - LIQUID. OF REAL PROPERTY | 4110-000 | | 39,388.64 | 44,804.27 |
| | | c/o David L. Kane | | | | | |
| | | Meltzer, Purtill & Stelle, LLC | | | | | |
| | | 300 S. Wacker Drive - suite 3500 | | | | | |
| | | Chicago, IL 60606 | | | | | |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.24 | 44,787.03 |
| 10/18/12 | 010002 | CARL E. MELLEN & CO. | annual insurance premium | 2690-000 | | 1,813.58 | 42,973.45 |
| | | 601 GREENWOOD AVENUE | | | | | |
| | | WAUKEGAN, IL 60087 | | | | | |
| 10/19/12 | | Fidelity National Title Company, LLC | Recording Reimbursement | | 188.00 | | 43,161.45 |
| | 5 | | Memo Amount:        11,700.75 | 1110-000 | | | |
| | | | Memo Amount:    (    11,512.75 ) | 2500-000 | | | |
| | | | property was in negative | | | | |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.68 | 43,127.77 |
| | | | Page Subtotals | | 13,980.88 | 41,253.14 | |

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 10-43110  -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DOUBLE DOWN VENTURES, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7829  Checking Account |
| Taxpayer ID No: | *******6013 | | |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/07/12 | | Carl E. Mellen & Co. | RCPTS - LIQUID. OF PERSONAL PROP. | | 1,247.43 | | 44,375.20 |
| | | Premium Fund Trust Account | Check originally deposited on 10/30/12 | | | | |
| | | Waukegan, IL 60087 | | | | | |
| | 9 | | Memo Amount:          11,700.75 | 1110-000 | | | |
| | | | Memo Amount:     (     10,453.32 ) | 2500-000 | | | |
| | | | Less Closing Cost and Tax proration | | | | |
| 11/07/12 | | FIDELITY NATIONAL TITLE COMPANY, LLC | RCPTS - LIQUID. OF REAL PROPERTY | | 5,477.32 | | 49,852.52 |
| | | 3139 Lincoln Ave #228 | Check originally deposited 10/30/12 | | | | |
| | | Chicago, IL 60657 | | | | | |
| | 1 | | Memo Amount:          11,700.75 | 1110-000 | | | |
| | | | Memo Amount:     (      6,223.43 ) | 2500-000 | | | |
| | | | Less Cost and Tax Proration | | | | |
| 11/08/12 | 010003 | FIRST MIDWEST BANK | RE Sale | 4110-000 | | 5,477.32 | 44,375.20 |
| | | c/o David L. Kane | | | | | |
| | | Meltzer, Purtill & Stelle LLC | | | | | |
| | | 300 S. Wacker Drive, Suite 3500 | | | | | |
| | | Chicago, IL 60606-6704 | | | | | |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.60 | 44,346.60 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.25 | 44,318.35 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.88 | 44,252.47 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.43 | 44,193.04 |
| 03/22/13 | 010004 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 36.87 | 44,156.17 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.70 | 44,090.47 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.43 | 44,027.04 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.46 | 43,961.58 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.25 | 43,898.33 |

Page Subtotals          6,724.75          5,954.19

FORM 2                                                                                          Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                               Exhibit 9

| | |
|---|---|
| Case No: | 10-43110 -JBS |
| Case Name: | DOUBLE DOWN VENTURES, LLC |
| Taxpayer ID No: | *******6013 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7829  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.27 | 43,833.06 |
| 09/03/13 | 010005 | POPOWCER KATTEN, LTD | FINAL COMPENSATION | 3420-000 | | 4,191.00 | 39,642.06 |
| | | 35 EAST WACKER DRIVE | Period May 31, 2013 through June 11, 2013 | | | | |
| | | SUITE 1550 | | | | | |
| | | CHICAGO, IL 60601-2124 | | | | | |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.17 | 39,576.89 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.36 | 39,517.53 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.75 | 39,458.78 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.77 | 39,402.01 |
| 02/07/14 | 010006 | INTERNATIONAL SURETIES, LTD. | bond # 016026455 | 2300-000 | | 43.21 | 39,358.80 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 02/28/14 | 010007 | ANDREW J. MAXWELL | Chapter 7 Compensation/Fees | 2100-000 | | 11,297.59 | 28,061.21 |
| | | 105 W. ADAMS | | | | | |
| | | SUITE 3200 | | | | | |
| | | CHICAGO,  IL 60603 | | | | | |
| 02/28/14 | 010008 | MAXWELL LAW GROUP, LLC | o/c 2/27/2014 | | | 28,061.21 | 0.00 |
| | | 105 WEST ADAMS | | | | | |
| | | SUITE 3200 | | | | | |
| | | CHICAGO, IL 60603 | | | | | |
| | | | Fees          28,040.68 | 3110-000 | | | |
| | | | Expenses      20.53 | 3120-000 | | | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 43,898.33 |

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2                                                                Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-43110 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | DOUBLE DOWN VENTURES, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7829 Checking Account |
| Taxpayer ID No: | *******6013 | | |
| For Period Ending: | 03/31/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | Memo Allocation Receipts: | 120,713.75 | COLUMN TOTALS | | 91,105.66 | 91,105.66 | 0.00 |
|  |  | Memo Allocation Disbursements: | 57,568.41 | Less: Bank Transfers/CD's | | 27,960.32 | 0.00 | |
|  |  | | | Subtotal | | 63,145.34 | 91,105.66 | |
|  |  | Memo Allocation Net: | 63,145.34 | Less: Payments to Debtors | | | 0.00 | |
|  |  | | | Net | | 63,145.34 | 91,105.66 | |

Page Subtotals        0.00        0.00

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-43110 -JBS |
| Case Name: | DOUBLE DOWN VENTURES, LLC |
| Taxpayer ID No: | *******6013 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4940  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/16/11 | 16 | Marcus Hunter<br>568 taft Street<br>Gary, IN 46404 | rent | 1122-000 | 900.00 | | 900.00 |
| * 08/16/11 | | Marcus Hunter | Deposit | 1122-003 | 900.00 | | 1,800.00 |
| * 08/16/11 | | Marcus Hunter | Reversal<br>wrong amount entered | 1122-003 | -900.00 | | 900.00 |
| 08/16/11 | 7 | Double Down Ventures, LLC | Deposit | 1129-000 | 29,519.37 | | 30,419.37 |
| 08/16/11 | 8, 9, 10 | double down ventures, LLC | Deposit | 1129-000 | 7,925.72 | | 38,345.09 |
| 08/16/11 | 16 | Marcus Hunter | rent | 1122-000 | 990.00 | | 39,335.09 |
| 08/31/11 | 15 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 39,335.23 |
| * 09/23/11 | 000101 | Bank of America | Payment of Back taxes<br>taxes for 568 Taft. St., Gary, IN | 2420-003 | | 3,559.32 | 35,775.91 |
| * 09/23/11 | 000101 | Bank of America | Payment of Back taxes | 2420-003 | | -3,559.32 | 39,335.23 |
| 09/23/11 | 000102 | Lake County Treasurer<br>2293 N. Main Street<br>Crown Point, IN 46307 | Cashier's Check for pmt of back tax | 2420-000 | | 3,559.32 | 35,775.91 |
| 09/30/11 | 15 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 35,776.23 |
| 10/04/11 | 000103 | Carl E. Mellen & Co. Insurance<br>601 Greenwood Ave<br>Waukegan, IL  60087 | Business package Ins. policy<br>term 9/1/11 to 9/1/12 | 2990-000 | | 8,291.70 | 27,484.53 |
| 10/17/11 | 000104 | FedEx<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | Disbursement<br>Shipping Costs | 2990-000 | | 17.90 | 27,466.63 |
| 10/31/11 | 15 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 27,466.88 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 37.05 | 27,429.83 |
| 11/30/11 | 15 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 27,430.06 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 33.82 | 27,396.24 |
| 12/13/11 | 16 | Marcus Hunter | rent | 1122-000 | 900.00 | | 28,296.24 |

Page Subtotals 40,236.03    11,939.79

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

Page:   7

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-43110  -JBS | |
| Case Name: | DOUBLE DOWN VENTURES, LLC | |
| Taxpayer ID No: | *******6013 | |
| For Period Ending: | 03/31/14 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4940  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 568 Taft St. | | | | | |
| | | Gary, IN 46404 | | | | | |
| 12/30/11 | 15 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 28,296.47 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 34.33 | 28,262.14 |
| 01/31/12 | 15 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 28,262.39 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 37.07 | 28,225.32 |
| 02/29/12 | 15 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 28,225.54 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 33.55 | 28,191.99 |
| 03/26/12 | 000105 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 23.58 | 28,168.41 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 03/30/12 | 15 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.23 | | 28,168.64 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 34.66 | 28,133.98 |
| 04/30/12 | 15 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.24 | | 28,134.22 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 35.75 | 28,098.47 |
| 05/31/12 | 15 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 28,098.71 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 35.70 | 28,063.01 |
| 06/29/12 | 15 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 28,063.23 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 33.35 | 28,029.88 |
| 07/31/12 | 15 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 28,030.13 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 36.76 | 27,993.37 |
| 08/30/12 | 15 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.22 | | 27,993.59 |
| 08/30/12 | | Bank of America, N.A. | BANK FEES | 2600-000 | | 33.27 | 27,960.32 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | | 27,960.32 | 0.00 |

| | | | Page Subtotals | | 2.10 | 28,298.34 | |

Ver: 17.05c

Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

FORM 2                                                                    Exhibit 9

| | |
|---|---|
| Case No: | 10-43110  -JBS |
| Case Name: | DOUBLE DOWN VENTURES, LLC |
| Taxpayer ID No: | *******6013 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4940  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 40,238.13 | 40,238.13 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 27,960.32 | |
| | | | | Subtotal | | 40,238.13 | 12,277.81 | |
| | | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | | | Net | | 40,238.13 | 12,277.81 | |
| | | Total Allocation Receipts: | 120,713.75 | | | NET | NET | ACCOUNT |
| | | Total Allocation Disbursements: | 57,568.41 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | | Checking Account - *******7829 | | 63,145.34 | 91,105.66 | 0.00 |
| | | Total Memo Allocation Net: | 63,145.34 | Money Market - Interest Bearing - ********4940 | | 40,238.13 | 12,277.81 | 0.00 |
| | | | | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | | | 103,383.47 | 103,383.47 | 0.00 |
| | | | | | | ============== | ============== | ============== |
| | | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                          0.00                  0.00

Ver: 17.05c